FILED IN
COURT OF CRIMINAL APPEALS

September 23, 2015

ABEL ACOSTA, CLERK

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 11:50:35 AM
Accepted 9/22/2015 1:21:48 PM
ABEL ACOSTA
CLERK

**PD-0077-15**

* * * * * * * * * * * * * *

TO THE COURT OF CRIMINAL APPEALS OF TEXAS

OF THE STATE OF TEXAS

* * * * * * * * * *

STEVEN COLE,
                    Appellant

VS.

THE STATE OF TEXAS,
                    Appellee

* * * * * * * * * *

Appealed from Gregg County

_____

**APPELLANT'S POST SUBMISSION SUPPLEMENTAL BRIEF**
_____

EBB B. MOBLEY
State Bar # 14238000
Attorney at Law
422 North Center St.-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com


ATTORNEY FOR APPELLANT

STEVEN COLE,
                    Appellant

VS.

THE STATE OF TEXAS,
                              Appellee

_____

## SUPPLEMENTAL BRIEF OF APPELLANT
_____

NOW comes STEVEN COLE, appellant, and files his post-submission list of authority in response to questions from the Bench doing oral argument about methamphetamine and its dissipation rate in the blood of a human being.

§

The following cases address this issue:

Haley v. State 396 S.W.3d 756 (Tex.App. - Houston (14th Dist.) 2013, no pet.)

Bradley v. State No. 10-07-00119-CR, 2008 Tex.App. LEXIS 7545, pet. ref'd

United States v. Stephen C. Pond 36 M.J. 1050 (USAF, CMR 1993)

South Dakota v. Kyle Louise Buchholz 1999 S.D. 110 598 N.W.2d 899

Shaw v. Rosanne Campbell 2007 WL 2789556 (E.D. Cal.)

West v. Georgia 288 Ga.App. 566, 654 S.E.2d 463 (2007)

Clark v. People 2006 WL 773040 (Cal.App. 3 Dist.)

People v. Joey Villareal 2003 WL 21504493 (Cal.App. 6 Dist.)

People v. Manuel Alfred Rocha 221 Cal.App. 4th 1385, 165 Cal.Rptr.3d 190) (2013)

Gibson v. State 233 S.W.3d 447 (Tex.App. - Waco 2007 no pet.)

Flannigan v. State of Arizona 194 Ariz. 150, 978 P.2d 127 (1999)

The following material provides in depth discussion of methamphetamine in a criminal/forensic setting:

Kerrigan, Drug Toxicology for Prosecutors: Targeting the Hardcore Impaired Drivers, 2004, American Prosecutors Research Institute.

Verstraete, Alain G., Detection Times of Drugs of Abuse in Blood, Urine, and Oral Fluid, The Drug Monitor, Volume 26, Number 2, April 2004, *Clinical Biology Laboratory,* Ghent University Hospital, B-9000, Ghent, Belgium, (2004) Lippincott Williams & Wilkins.

Winek, Charles L., Winek's Drug & Chemical Blood-Level Data 2001.

§

The entire testing of Justin Schwane, the State's expert toxicologist can be found at 4 RR 6-28. He used the term "therapeutic" nine times in reference to the level of methamphetamine in Appellant's blood sample; viz, 4 RR 15 (twice); 4 RR 20 (twice); 4 RR 21, 4 RR 22 (twice); 4 RR 25, 4 RR 26.

## PRAYER

Upon the issues presented, it is submitted that the opinion of the Court of Criminal Appeals should be affirmed.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center St - Lower Level.
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

  /s/ Ebb B. Mobley
**EBB B. MOBLEY**
State Bar # 14238000

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I certify that this brief contains 530 words according to the computer program used to prepare the document.

  /s/ Ebb B. Mobley
EBB B. MOBLEY

## CERTIFICATE OF SERVICE

A copy of this brief was provided to John R. Messinger, Assistant State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711, and Zan Colson Brown, Assistant District Attorney, 101 East Methvin, Suite 333, Longview, Texas 71601 on the 22nd day of September, 2015, by e-file.

  /s/ Ebb B. Mobley
**EBB B. MOBLEY**